# Office DEPOT
## Taking Care of Business

**Fax Transmission**
*Please Print*

**RECEIVED**
MAR 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To:** CAWHNA DAVIS
FAX: 202-354-3141

**From:** LARRY KLAYMAN

**Case Number:** 07-453

**Sender's Phone No.:** 805-824-7141

**Date:** 3/27/07

**No. of Pages:** 3
(Including cover page)

**Customer's Notes:** ATTACHED IS THE Signature Confirmation FROM the US Post Office, confirming Receipt of the Appeal by the RESPONDENT. THIS WAS SENT VIA the US Post OVER A WEEK AGO, which you claim NOT to have RECEIVED. IT IS being submitted IN PLACE of A COPY OF the RETURN RECEIPT which I have NOT RECEIVED TO this date

Receiver: If you have any difficulties with this transmission, please contact the sender at the phone number listed above.

**OFFICE DEPOT'S TERMS OF USE**

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSIONS IS UNLAWFUL, HARASSING, LIBELOUS, ABUSICE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SHCEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HERBY AGREES TO IDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

X _[signature]_
(Customer's Signature)

**VISIT Office Depot, Inc. FOR YOUR:**
- Color copies – Black & White Copies
- Digital and High Volume Copies
- Business Cards, Letterhead and Envelopes
- Custom Pre-Inked Stamps
- Custom Signs and Banners
- UPS Shipping Service
- Ad Specialties

**STORE INFORMATION:**

Office Depot, Inc. #931
4731 Telephone Rd.
Ventura, CA 93003
Phone (805) 658-1582
Fax (805) 658-8425
ods00931@officedepot.com

Direct Query - Intranet - Quick Search

Page 1 of 1



Track/Confirm - Intranet Item Inquiry - Domestic

| Item: 7006 2760 0002 3265 1850 | | | Date/Time Mailed: 02/26/2007 15:14 | |
|---|---|---|---|---|
| **Destination** | ZIP Code: 20593 | City: WASHINGTON | | State: DC |
| **Origin** | ZIP Code: 93001-9998 | City: VENTURA | | State: CA |
| **Class:** First Class | | | | |
| **Anticipated Delivery Date:** 03/01/2007 | | | | |
| **Weight:** 0 lb(s) 3 oz(s) | | Postage: $0.87 | | |
| **Firm Book ID:** 5103 0SGU A667 0000 7159 | | | | |
| **Delv Rqmt:** Normal | | PO Box?: N | | |
| **Special Services** CERTIFIED MAIL RETURN RECEIPT | **Associated Labels** 7006 2760 0002 3265 1850 | | | **Amount** $2.40 $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 03/12/2007 08:52 Firm Name: COAST GUARD 20593 R9 Recipient: 'E TRUEH' [Request Delivery Record] [View Delivery Signature and Address] | WASHINGTON, DC 20593 | 030SGU9881 |
| ARRIVAL AT UNIT | 03/11/2007 23:31 | WASHINGTON, DC 20022 | 030SGUA667 |
| ACCEPT OR PICKUP | 02/26/2007 15:14 | VENTURA, CA 93001 | |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

[Explanation of Quick and Extensive Searches]

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/labelInquiry.do

Direct Query - Intranet

Page 1 of 1



Track/Confirm - Intranet Item Inquiry
Item Number: 7006 2760 0002 3265 1850

**This item was delivered on 03/12/2007 at 08:52**



Enter Request Type and Item Number:

Quick Search ⦿        Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/imageView.do

3/27/2007