Larry Welenc
P.O. Box 60721
St. Petersburg Fl 33784
June 19, 2007

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA
# WASHINGTON D.C.

**LARRY WELENC**
Petitioner

Case no.   2007cv00453 (RBW)

vs

**UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY**

**UNITED STATES COAST
GUARD**

**2100 SECOND ST. S.W.
WASHINGTON DC 20593-0001**

Respondent

**Motion for Default Judgment**

## REASONS FOR MOTION

A copy of the Petition was received by the Plaintiff on March 12, 2007, Exhibit A. A true and correct copy of Exhibit A, copy of Receipt confirmation of the US Post, has been submitted with this document

The Respondent not having responded to the Petition as of June 19, 2007, Plaintiff moves for a Default Judgment against the Respondent compelling Respondent to release the requested information.

Dated 6/20/2007          Signed _____

                                                Petitioner pro se

## CERTIFICATE OF MAILING

The undersigned does hereby certify that on this day the ____ that a copy of the Motion was sent via the US Mail to the Respondent at:

        Commandant
        United States Coast Guard
        2100 Second Street . S.W.
        Washington DC 20593 - 0001

Dated: 6/20/2007          Signed: _____

2

*Exhibit A*



## Track/Confirm - Intranet Item Inquiry - Domestic

| | | | |
|---|---|---|---|
| **Item:** 7006 2760 0002 3265 1850 | | **Date/Time Mailed:** 02/26/2007 15:14 | |
| **Destination** | ZIP Code: 20593 | City: WASHINGTON | State: DC |
| **Origin** | ZIP Code: 93001-9998 | City: VENTURA | State: CA |

**Class:** First Class
**Anticipated Delivery Date:** 03/01/2007
**Weight:** 0 lb(s) 3 oz(s)     **Postage:** $0.87
**Firm Book ID:** 5103 0SGU A667 0000 7159
**Delv Rqmt:** Normal     **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7006 2760 0002 3265 1850 | $2.40 |
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 03/12/2007 08:52 | WASHINGTON, DC 20593 | 030SGU9881 |
| Firm Name: COAST GUARD 20593 R9 | | | |
| Recipient: 'E TRUEH' | | | |
| [Request Delivery Record] | | | |
| [View Delivery Signature and Address] | | | |
| ARRIVAL AT UNIT | 03/11/2007 23:31 | WASHINGTON, DC 20022 | 030SGUA667 |
| ACCEPT OR PICKUP | 02/26/2007 15:14 | VENTURA, CA 93001 | |

Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

[Explanation of Quick and Extensive Searches]

[Submit]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



### Track/Confirm - Intranet Item Inquiry
### Item Number: 7006 2760 0002 3265 1850

**This item was delivered on 03/12/2007 at 08:52**



| | |
|---|---|
| Signature: | E. K. Jr / E. K. Jr eh |
| Address: | 20593 |

Enter Request Type and Item Number:

Quick Search ⦿        Extensive Search ◯

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.