Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LARRY WELENC

    Plaintiff(s)

Civil Action No. 07-453 RBW

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
UNITED STATES COAST GUARD

    Defendant(s)

RE: UNITED STATES COAST GUARD

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 5/11/07, and an affidavit on behalf of the plaintiff having been filed, it is this 26TH day of June, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
Deputy Clerk