Larry Welenc
P.O. Box 60721
St. Petersburg Fl 33784
June 26, 2007

**RECEIVED**
JUN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
## WASHINGTON D.C.

**LARRY WELENC**
Petitioner

Case no.  2007cv00453  RBW

vs

UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY

UNITED STATES COAST
GUARD

2100 SECOND ST. S.W.
WASHINGTON DC 20593-0001

**Motion for Default Judgment**

Respondent

## REASONS FOR MOTION

A copy of the Petition was received by the Plaintiff on March 12, 2007, Exhibit A. A true and correct copy of Exhibit A, copy of Receipt confirmation of the US Post, has been submitted with this document

The Respondent not having responded to the Petition as of June 19, 2007, Plaintiff moves for a Default Judgment against the Respondent compelling Respondent to release the requested information.

Dated _June 26th, 2007_    Signed _[signature]_

Petitioner pro se

## CERTIFICATE OF MAILING

The undersigned does hereby certify that on this day the 26th of June that a copy of the Motion was sent via the US Mail to the Respondent at:

Commandant
United States Coast Guard
2100 Second Street . S.W.
Washington DC 20593 - 0001

Dated: _June 26th, 2007_    Signed: _[signature]_

2