UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LARRY WELLENC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>Department of Homeland Security, *et al.*  )<br>)<br>Defendants  )<br>) | Civil Action No.: 1:07-0453 (RBW) |

**DEFENDANTS' MOTION TO VACATE DEFAULT AGAINST
DEFENDANTS, UNITED STATES DEPARTMENT OF HOMELAND
SECURITY & UNITED STATES COAST GUARD**

United States Department of Homeland Security ("USDHS") and United States Coast Guard ("USCG") (collectively "Defendants"), respectfully move to vacate the entry of default against them. Neither the USDHS nor the USCG was properly served pursuant the Federal Rules of Civil Procedure ("FRCP"). Specifically, in an action against an Agency of the United States, Fec. R. Civ. P. 4(i) (2)(A) requires that Plaintiff serve the United States Attorney for the district in which the action is commenced, the Attorney General of the United States AND the Agency. Here, not only did Plaintiff fail to serve the United States Attorney or the Attorney General, Plaintiff failed to properly serve the Agency because he sent an unfiled copy of the complaint to the USCG. Moreover, the complaint was sent without a summons. Accordingly, the appropriate remedy is for default to be vacated. In accordance with LCvR 7(m), Defendants attempted, unsuccessfully, to consult with Plaintiff about this motion by calling the telephone number on Plaintiff's facsimile to the Court. Exhibit 3.

Apparently, Plaintiff's application for default was based on defective service. On or about March 8, 2007, Plaintiff commenced this action by filing a complaint. However, Plaintiff's certificate of mailing and Postal Service tracking report suggest that the complaint was sent to the USCG on February 26, 2007, before the complaint was filed, and received on by the USCG on March 12, 2007. Exhibit 1. The USCG never received a copy of a filed summons and complaint. Exhibit 2, Declaration of Eric J. Young. In addition, the Court's electronic civil docket does not indicate that service was effected on the other defendant, the Department of Homeland Security, or the Attorney General or the United States Attorney's Office. Indeed, the Court's docket does not indicate that any summonses were ever issued for the Attorney General or the United States Attorney's Office.

Under Fed. R. Civ. P. 12(a)(3)(A), the answer to Plaintiff's complaint will not be due until 60 days after the United States Attorney's Office has been properly served with the summons and complaint. Because proper service has not been effected, the time for Defendants to answer has not yet begun to run. Furthermore, under Fed. R. Civ. P. 4(m), the time for service will expire, and this matter will become subject to dismissal on July 6, 2007, absent an order to the contrary by the Court.

For these reasons, Defendants request that the Court grant this application to vacate default. A proposed order is attached.

July 3, 2007                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY WELLENC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Department of Homeland Security, *et seq.*<br><br>　　　　Defendants | Civil Action No.: 1:07-0453 (RBW) |

### ORDER

UPON CONSIDERATION of Defendant's Motion to Vacate Default, it is hereby

ORDERED that the Defendant's Motion is GRANTED.

So ordered.

This _____ day of _____, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　REGINALD B. WALTON
　　　　　　　　　　　　　　　　　　United States District Judge

# EXHIBIT 1

Welenc v. United States Dept of Homeland Security
Docket No. 1:07-CV-0453 (RBW)

Direct Query - Intranet - "Quick" Search

Page 1 of 1


UNITED STATES POSTAL SERVICE

Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7006 2760 0002 3265 1850

**Date/Time Mailed:** 02/26/2007 15:14

| | | | |
|---|---|---|---|
| **Destination** | ZIP Code: 20593 | City: WASHINGTON | State: DC |
| **Origin** | ZIP Code: 93001-9998 | City: VENTURA | State: CA |

**Class:** First Class
**Anticipated Delivery Date:** 03/01/2007
**Weight:** 0 lb(s) 3 oz(s)
**Postage:** $0.87
**Firm Book ID:** 5103 0SGU A667 0000 7159
**Delv Rqmt:** Normal
**PO Box?:** N

**Special Services**
CERTIFIED MAIL
RETURN RECEIPT

**Associated Labels**
7006 2760 0002 3265 1850

**Amount**
$2.40
$1.85

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 03/12/2007 08:52<br>Firm Name: COAST GUARD 20593 R9<br>Recipient: 'E TRUEH'<br>Request Delivery Record<br>View Delivery Signature and Address | WASHINGTON, DC 20593 | 030SGU9881 |
| ARRIVAL AT UNIT | 03/11/2007 23:31 | WASHINGTON, DC 20022 | 030SGUA667 |
| ACCEPT OR PICKUP | 02/26/2007 15:14 | VENTURA, CA 93001 | |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/labelInquiry.do

3/27/2007

Direct Query - Intranet

Page 1 of 1



Track/Confirm - Intranet Item Inquiry
Item Number: 7006 2760 0002 3265 1850

**This item was delivered on 03/12/2007 at 08:52**



Enter Request Type and Item Number:

Quick Search ◉   Extensive Search ○

[Explanation of Quick and Extensive Searches]

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/imageView.do

3/27/2007

# EXHIBIT 2

Welenc v. United States Dept of Homeland Security
Docket No. 1:07-CV-0453 (RBW)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY WELLENC, </br></br>  Plaintiff, </br></br> v. </br></br> Department of Homeland Security, *et al.* </br></br>  Defendants | Civil Action No.: 1:07-0453 (RBW) |

### DECLARATION OF ERIC J. YOUNG

1. I am Eric J. Young and I am employed as an attorney by the United States Coast Guard (USCG) at the its headquarters located at 2100 Second Street, Washington, DC 20593. The USCG is part of the Department of Homeland Security (DHS).

2. I work for the USCG in the Office of Claims and Litigation. My office is responsible for accepting and responding to all service of process delivered to the USCG as well as service of process delivered to the DHS that involve USCG issues. This includes service of subpoenas, petitions, complaints, motions and other legal documents.

3. I was assigned to determine the appropriate response to plaintiff's service received by the USCG on or around March 12, 2007 from the plaintiff. The correspondence inside the envelope contained a complaint that had not been filed, had no date, had no case number and did not contain a summons or other documentation routinely found in standard complaint service packages.

4. I determined via PACER that a case had been filed on March 8, 2007 that matched the

caption of the correspondence I received. The complaint package I received from the plaintiff was mailed prior to the date of filing. I immediately notified the United States Attorney and DHS that I would be the attorney for the USCG that would be handling this matter, but that service upon the USCG was not proper. I continued to await proper service and started my case preparation.

5. On or about June 28, 2007 I received an undated, unfiled motion for default judgment from the plaintiff. I immediately notified the United States Attorney and we determined that a default judgment had already been entered.

6. The USCG has never received a filed copy of any document from plaintiff. Both the motion and the complaint lack a date/time filing stamp from the court.

July 3, 2007

_____
ERIC J. YOUNG, D.C. BAR # 422591
Attorney Advisor
United States Coast Guard
2100 Second Street, SW
Washington, DC 20593
(202) 372-3742
Eric.J.Young@USCG.mil

# EXHIBIT 3

Welenc v. United States Dept of Homeland Security
Docket No. 1:07-CV-0453 (RBW)

# Office DEPOT
## Taking Care of Business

**Fax Transmission**
*Please Print*

**RECEIVED**
MAR 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: CAWANA DAVIS
FAX: 202-354-3141

From: LARRY

~~Fax~~ CASE Number: 07-453

Sender's Phone No.: 805-824-7141

Date: 3/22/07

No. of Pages: 3
(Including cover page)

Customer's Notes: ATTACHED is the Signature Confirmation FRom the US Post Office, confirming Receipt of the Appeal by the Respondent. THIS was sent via the US Post over a week Ago, which you claim not to have Received. It is being submitted in place of a copy of the Return Receipt which I have not Received to this date

Receiver: If you have any difficulties with this transmission, please contact the sender at the phone number listed above.

**OFFICE DEPOT'S TERMS OF USE**

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSIONS IS UNLAWFUL, HARASSING, LIBELOUS, ABUSICE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SHCEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HERBY AGREES TO IDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

X _____
(Customer's Signature)

**VISIT Office Depot, Inc. FOR YOUR:**
- Color copies – Black & White Copies
- Digital and High Volume Copies
- Business Cards, Letterhead and Envelopes
- Custom Pre-Inked Stamps
- Custom Signs and Banners
- UPS Shipping Service
- Ad Specialties

**STORE INFORMATION:**

Office Depot, Inc. #931
4731 Telephone Rd.
Ventura, CA 93003
Phone (805) 658-1582
Fax (805) 658-8425
ods00931@officedepot.com