Larry Welenc
P.O. Box 60721
~~Las Vegas NV 89784~~ St. PETERSBURG FL 33784
October 9, 2007

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### WASHINGTON D.C.

**RECEIVED**
**OCT 1 5 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**LARRY WELENC**
<u>Petitioner & Plaintiff</u>

**Case no.** 2007- cv- 0453 (RBW)

vs

**UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY**

**UNITED STATES COAST
GUARD**

**2100 SECOND ST. S.W.
WASHINGTON DC 20593-0001**

<u>Respondent & Defendant</u>

<u>**Motion to Vacate Oder filed on 9/24/2007**</u>

Plaintiff requests that the Order of September 24 2007 granting Defendant's Motion to vacate Default Judgment be vacated for the following reasons:

Plaintiff did not receive the Defendant's motion to Vacate default Judgment until September 18, 2007, Exhibit A. A true and correct copy of ExhibitA, Confirmation of Receipt of Mail has been submitted with this document.

**Plaintiff responded to Defendant's Motion on October 6, 2004, 18 days after receipt of the Document**., Exhibit B, copy of Certified Mail Receipt. A true and correct copy of exhibit B has been submitted with this document.

Plaintiff is unfamiliar with the Rules and Regulations of the court but the deadline to reply must be at least 30 days from receipt of the Motion. Plaintiff therefore request that the Court vacate it's Order granting Defendant's Motion to Vacate default Judgment and reconsider the Motion after taking into consideration Plaintiff's Response to Defendant's Motion, which should arrive this week via certified mail Exhibit B.

Should for any reason the Plaintiffs Motion should not be granted Plaintiff request that he not be required to resend the Complaint. On page 3, point 4 of the Declaration of Eric J. Young, Eric J Young states , "I continued to await proper Service and **started my case preparation**." Since he acknowledged receipt of the Complaint in his Declaration and admitted to starting preparation of his case without in his opinion "proper service"

,reserving the Defendant would serve no purpose in **the concept of Judicial Efficiency and the Spirit of the Law**.

For the reasons submitted in Plaintiff's Response to Defendant's Motion and because the Plaintiff responded well within the deadline after receiving Defendant's Motion, Plaintiff request that his Motion to vacate the Order of September 24 be granted and the Motion redecided taking into consideration Plaintiff's timely filed Response.

Dated: Oct 10, 2007         Signed: _____

### CERTIFICATE OF MAILING

The undersigned does hereby certify that on this day the 10th of October 2007 that a copy of the Motion was sent via the US Mail to the Respondent at    CERTIFIED MAIL

Eric J Young D.C. Bar # 422591
Attorney Advisor
United States Coast Guard
2100 Second Street, SW
Washington DC 20593

Dated: Oct 10, 2007         Signed: _____