UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY WELLENC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:07-0453 (RBW) |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) *et al.* ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE ORDER**

On September 24, 2007, the Court entered an Order vacating default against the Department of Homeland Security, United States Coast Guard ("Defendant"). In vacating the Order, the Court noted that Plaintiff mailed a copy of the complaint before he had filed it thereby failing to put Defendant on notice that an action had been commenced. In addition, the Court noted that Plaintiff had not made proper service, as required by Fed. R. Civ. P. 4(i), that would have triggered Defendant's obligation to respond. Plaintiff now seeks to vacate the Court's order on the grounds that he did not receive Defendant's Motion to Vacate Default.

A copy of Defendant's Motion was sent to Plaintiff's address in Ventura, California, which is reflected on the Electronic Filing System. Subsequently, Plaintiff contacted the undersigned in September and requested that a copy of Defendant's Motion to Vacate be sent to him in St. Petersburg, Florida. The undersigned immediately complied with this request. Notably, although Plaintiff maintains a Ventura, California address on ECF, the address on Plaintiff's most recent filings is a Nevada address. Defendant complied with its obligation to

send the motion to Plaintiff's address of record. Defendant should not be disadvantaged by the fact that Plaintiff has used two other addresses since this matter was filed but failed to keep the Court apprised of his new address as he is obligated to do. Pursuant to LcvR 5.1(e)(1), a party not represented by an attorney must file a notice of change of address within ten (10) days of the change. Unless changed by notice filed with the clerk, the address of a party noted in the first filing shall be conclusively taken as the last known address of the party.

Accordingly, for the foregoing reasons, Defendant respectfully requests that Plaintiff's Motion to Vacate the Court's Order be denied.

November 2, 2007                                            Respectfully Submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I caused service of the foregoing **Defendant's Opposition to Plaintiff's Motion to Vacate Order** to be made by mailing a copy thereof to:

Larry Welenc
P.O. Box 672
Ventura, CA
93002

and

Larry Welenc
P.O. Box 60721
Las Vegas, NV
33784

on this 2nd day of November, 2007

                                                            _____/s/_____
                                                            KENNETH ADEBONOJO
                                                            Assistant United States Attorney