P.O. Box 60721
St. Petersburg Fl 33784
Tel: 727-687-9344
Return Fax 1-502-719-6737
E-Mail: Wellary@yahoo.com
November 6 , 2007

Catwana Davis
U.S. District Clerk's Office
333 Constitution Ave NW
Washington DC 2001

**RECEIVED**

NOV 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Case no.**  2007- cv- 0453 (RBW)

Welenc v Dept of Homeland Security

Enclosed please find a copy of proof of delivery, 2 postal return receipts from

      Jeffrey A Taylor  D.C # 498610
      US Attorney
      555 Fourth Street, N.W.
      Washington DC 20593

for receipt on October 30 2007 of my Motion to Vacate Judgment and my Reply to Defendants Motion to Vacate Entry of Default

Regards

*[signature]*
Larry Welenc

ALSO   SENT   by FAX

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JEFFREY A TAYLOR
DC# 49861
U.S ATTORNEY
555 FOURTH ST N.W
WASHINGTON DC 20553

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): OCT 30 2007
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0002 5288 9529

Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JEFFREY A TAYLOR
DC# 49861
U.S ATTORNEY
555 FOURTH ST N.W
WASHINGTON DC 20553

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): OCT 30 2007
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0002 5288 9536

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540