Larry Welenc
P.O. Box 60721
St. Petersburg Fl 33784
Tel: 727-687-9344
Return Fax 1-502-719-6737
December 10, 2007

RECEIVED
DEC 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Catwana Davis
U.S. District Clerk's Office
333 Constitution Ave NW
Washington DC 20001

**Case no.** 2007- cv- 0453 (RBW)

Welenc v Dept of Homeland Security

Attached please find a copy of the Return receipt for Delivery to the Defendant of Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to vacate Judgment

Regards

*[signature]*

Larry Welenc

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>NOV 2 8 2007<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>JEFFREY A TAYLOR<br>U.S. ATTORNEY<br>555 FOURTH ST N<br>WASHINGTON DC<br>20593 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0000 6496 6895 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540